IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABUNDIO JARAMILLO CRUZ,

Plaintiff,

vs.

DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

8:25CV108

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 15.)  Having considered the matter, the Court will accept the Voluntary Dismissal.  Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge